FILED
JUN - 8 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 24 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BY FAX

1  BRAD A. MOKRI (SBN 208213)
   LAW OFFICES OF MOKRI & ASSOCIATES
2  1851 E. 1st Street # 900
   Santa Ana, CA 92705
3  Phone: (714) 619-9395
   Fax: (714) 619-9396
4
5  Attorney for Plaintiff
   HERITAGE PACIFIC FINANCIAL LLC.
6
7
8              UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA
9
10 In Re:                              )
                                       ) Bankruptcy No. : 10-43119
11 MARILOU FUENTES MERCADO             ) Adversary Case No.: 2010-02770
                                       )
12       Debtor.                       )
                                       )
13 _____ )
   HERITAGE PACIFIC FINANCIAL, LLC.    ) SUBSTITUTION OF ATTORNEY FOR
14 D/B/A HERITAGE PACIFIC FINANCIAL, a ) PLAINTIFF HERITAGE PACIFIC
   Texas Limited Liability Company,    ) FINANCIAL, LLC
15                                     )
16       Plaintiff,                    )
         vs.                           )
17                                     )
   MARILOU FUENTES MERCADO,            )
18                                     )
19       Defendant.                    )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22 _____ )
23
        Plaintiff HERITAGE PACIFIC FINANCIAL, LLC dba Heritage Pacific Financial hereby
24
   requests that the Law Office of Justin T. Ryan, including its attorney Justin T. Ryan, be removed
25
   as counsel of record, and be replaced with the Law Offices of Mokri & Associates, its principal
26
   attorney being Brad A. Mokri, to act as counsel of record for Plaintiff HERITAGE PACIFIC
27
   FINANCIAL, LLC in the above-captioned proceedings.
28

---

SUBSTITUTION OF ATTORNEY

- 1 -

1
2 | I consent to this substitution:
3 | Dated:
4
5 |                                             By: _____
6 |                                             Ben Ganter
                                                Director of Client Relations
7 |                                             For Plaintiff Heritage Pacific Financial, LLC
8
9 | I consent to this substitution (former attorney).
10
11 | Dated: March 29, 2011                       By: /s/ Justin T. Ryan
                                                Justin T. Ryan
12 |                                             Attorney at Law
13
14 | I consent to this substitution on behalf of the Law Offices of Mokri & Associates
15
16 | Dated: March 29, 2011                       By: /s/ Brad A. Mokri
                                                Attorney at Law
17
18 | IT SO ORDERED
19
20 | Date: __JUN - 7 2011__
21
22 |                                             _____
                                                U.S. BANKRUPTCY JUDGE
23
24
25
26
27
28

---

SUBSTITUTION OF ATTORNEY

- 2 -